UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL EUGENE GOWDY,<br><br>    Petitioner,<br><br>    v.<br><br>CHRISTIAN PFEIFFER, Warden,<br><br>    Respondent. | Case No. CV 23-06514-CJC (PD)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed. The Court accepts the Report and adopts it as its own findings and conclusions. Accordingly, the Petition is dismissed without prejudice and is referred to the Ninth Circuit Court of Appeals pursuant to Ninth Circuit Rule 22-3(a).

DATED: January 23, 2024

                                                                           CORMAC J. CARNEY
                                                                           UNITED STATES DISTRICT JUDGE