JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL EUGENE GOWDY, | Case No. CV 23-06514-CJC (PD) |
| Petitioner, | |
| v. | **JUDGMENT** |
| CHRISTIAN PFEIFFER, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: January 23, 2024

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE